IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 17-00147 DKW-RLP |
| | ) | |
| Plaintiff, | ) | FINDINGS AND RECOMMENDATION TO |
| | ) | GRANT PLAINTIFF'S MOTION FOR |
| v. | ) | DEFAULT JUDGMENT AND DECREE OF |
| | ) | FORFEITURE |
| $811,547.54 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION
FOR ENTRY OF DEFAULT JUDGMENT AND DECREE OF FORFEITURE[1]

Before the Court is Plaintiff United States of America's Motion for Entry of Default Judgment and Decree of Forfeiture, filed on August 11, 2017 ("Motion"). ECF No. 14. The Motion was brought pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, 18 U.S.C. § 983(a)(4), and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Id. The Court found this matter suitable for disposition without a hearing pursuant to Local Rule 7.2(d). After carefully reviewing the pleadings and relevant legal authority, the Court FINDS that the required notice has been given and the time to file a verified claim has expired and RECOMMENDS the entry of default judgment and decree of

---

[1] Within fourteen days after a party is served with a copy of the Findings and Recommendation, that party may, pursuant to 28 U.S.C. § 636(b)(1), file written objections in the United States District Court. A party must file any objections within the fourteen-day period allowed if that party wants to have appellate review of the Findings and Recommendation. If no objections are filed, no appellate review will be allowed.

forfeiture.

Specifically, the Court FINDS that:

1. Process was duly issued in this case and that the above-captioned defendant property was seized by the United States Marshals Service pursuant to said process;

2. No entitled person or entity has filed any claim or answer within the time fixed by law;

3. On August 11, 2017, default was entered against any and all persons and entities claiming or having any interest in the defendant property; and

4. The allegations in the Complaint for Forfeiture are taken as admitted.

Based on these findings, and the Court RECOMMENDS:

1. Default judgment be entered against the defendant property;

2. All persons claiming any right, title, or interest in or to the defendant property be held in default;

3. The defendant property be forfeited to the United States of America; and

4. The United States Marshals Service be directed to dispose of the above-captioned defendant property in accordance with law.

///
///
///

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, SEPTEMBER 1, 2017.



_____
Richard L. Puglisi
United States Magistrate Judge


**UNITED STATES OF AMERICA V. $811,547.54 IN UNITED STATES CURRENCY; Civil No. 17-00147 DKW-RLP; FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DECREE OF FORFEITURE**